UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACKIE JAMES, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.:   1:09-cv-3-CG-M |
| EQUIFAX INFORMATION  SERVICES, LLC, | ) |
| a foreign limited liability company, et al. | ) |
| | ) |
| *Defendants.* | ) |

**NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF
DEFENDANT EQUIFAX INFORMATION SERVICE, LLC**

COMES NOW Plaintiff, Mackie James, by and through counsel, and gives notice to this Honorable Court that the Plaintiff has settled all pending claims with Defendant Equifax Information Services, LLC.  That the Plaintiff hereby requests that the following stated Defendant be dismissed with prejudice from this lawsuit:  Equifax Information Services, LLC.

Respectfully submitted this the 4th day of February, 2009.

/s/ Andy Nelms
K. Anderson Nelms (NEL022)
2005 Cobbs Ford Road, Suite 301-A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICE, LLC**.** through this court's CM/ECF Electronic Filing system to ensure delivery to :

All attorneys of record.

/s/ Andy Nelms
OF COUNSEL