IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| **MACKIE JAMES,** )<br>)<br>     **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**GENERAL ELECTRIC MONEY** )<br>**BANK, et al.,** )<br>)<br>     **Defendants.** ) | **CIVIL ACTION NO.**<br>**1:09-CV-00003-CG-M** |

### DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Southern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for GE Money Bank (incorrectly identified in the Complaint as "General Electric Money Bank") in the above-captioned action certifies that the following are parents, subsidiaries and/or affiliates of GE Money Bank that have issued shares or debt securities to the public:

GE Money Bank is a wholly owned subsidiary of GE Consumer Finance, Inc., which is 100% owned by General Electric Capital Corporation. General Electric Capital Corporation is owned by General Electric Capital Services, Inc., a wholly owned subsidiary of General Electric Company.

/s/ Haley Andrews Cox
One of the Attorneys for Defendant
GE Money Bank

OF COUNSEL:
David R. Pruet, III (PRUED9725)
dpruet@lightfootlaw.com
Haley A. Cox (ANDRH6198)
hcox@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

K. Anderson Nelms
andynelms@andersonnelms.com
ANDERSON NELMS & ASSOCIATES, LLC
2005 Cobbs Ford Road
Suite 301A
Prattville, Alabama 36066

Leilus Jackson Young, Jr.
ljy@ffdlaw.com
FERGUSON, FROST & DODSON, LLP
2500 Acton Road
Suite 200
Birmingham, Alabama 35243

Jeffrey U. Beaverstock
Jeff.beaverstock@burr.com
BURR & FORMAN LLP
P.O. Box 16046
Mobile, Alabama 36616

I further certify the foregoing has been served via United States Mail, postage prepaid, and properly addressed to the following:

Hong Kong and Shanghai Banking Corporation
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

Respectfully submitted,

s/ Haley Andrews Cox