**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MACKIE JAMES, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) Civil Action No.:   1:09-cv-3-CG-M |
| EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, et al. | ) ) ) |
| *Defendants.* | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff Mackie James and Defendant GE Money Bank, [incorrectly identified in Plaintiff's Complaint as: GENERAL ELECTRIC MONEY BANK (GEMB) LENDING INC.], pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, and hereby stipulate this Honorable Court may dismiss with prejudice the Complaint and all of Plaintiff's claims against Defendant GE Money Bank, in this matter, with costs taxed as paid.

RESPECTFULLY SUBMITTED, this 19th day of February, 2009.

/s/ Andy Nelms
Keith Anderson Nelms (ASB-6972-E63K)
Attorney - Plaintiff
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
334-351-1770
334-351-1774 -Fax
andynelms@andersonnelms.com

/s/ Haley A. Cox
Haley A. Cox
David R. Pruet, III
Attorneys - Defendant GE Money Bank
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
205-581-1519
205-380-9105 - Fax
hcox@lightfootlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid, or through this court's CM/ECF Electronic Filing system, on this the 19th day of February, 2009, on the following:

All attorneys of record

/s/ Andy Nelms
Of Counsel