# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MACKIE JAMES, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.:   1:09-cv-3-CG-M |
| EXPERIAN INFORMATION SOLUTIONS INC., | ) |
| a foreign limited liability company, et al. | ) |
| | ) |
| *Defendants.* | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff Mackie James and Defendant Experian Information Solutions Inc., pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, and hereby stipulate this Honorable Court may dismiss with prejudice the Complaint and all of Plaintiff's claims against Defendant Experian Information Solutions Inc., in this matter, with costs taxed as paid.

RESPECTFULLY SUBMITTED, this 9th day of March, 2009.

Keith Anderson Nelms (ASB-6972-E63K)
Attorney - Plaintiff
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
334-351-1770
334-351-1774 -Fax
andynelms@andersonnelms.com

Brooke D. Wener McEckron
Attorney - Defendant Experian
JONES DAY
1420 Peachtree St. N.E., Suite 800
Atlanta, GA 30309

404-581-8339 - Telephone
bwmceckron@jonesday.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid, or through this court's CM/ECF Electronic Filing system, on this the ___ day of March, 2009, on the following:

All attorneys of record

_____
Of Counsel