IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MACKIE JAMES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 09-0003-CG-M |
| | ) |
| **HONG KONG AND SHANGHAI** | ) |
| **BANKING CORPORATION,** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on Defendant Trans Union LLC's Motion for Partial Dismissal (Doc. 15). The plaintiff was granted leave until February 25, 2009 to file any response in opposition. (see Doc. 26); however, a response has not been filed to date. The court views plaintiff's non-response as conceding the issue, and hereby **GRANTS** the motion. Therefore, the court finds that the plaintiff is not entitled to declaratory or injunctive relief under the Fair Credit Reporting Act 15 U.S.C. § 1681, and hereby dismisses plaintiff's request for the same.

**DONE and ORDERED** this 11th day of March, 2009.

    /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE