UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACKIE JAMES, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No.: 1:09-cv-3-CG-M |
| EXPERIAN INFORMATION SOLUTIONS INC., a foreign limited liability company, et al. | ) |
| *Defendants.* | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff Mackie James and Defendant HSBC Bank Nevada, N.A. (incorrectly named in the complaint as Hong Kong and Shanghai Banking Corporation), pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, and hereby stipulate this Honorable Court may dismiss with prejudice the Complaint and all of Plaintiff's claims against Defendant HSBC Bank Nevada, N.A., in this matter, with costs taxed as paid.

RESPECTFULLY SUBMITTED, this 2nd day of April, 2009.

Keith Anderson Nelms (ASB-6972-E63K)
Attorney - Plaintiff
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
334-351-1770
334-351-1774 -Fax
andynelms@andersonnelms.com

D. Keith Andress
Attorney - Defendant HSBC
BAKER, DONELSON, BEARMAN,

CALDWELL & BERKOWITZ, PC
1600 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
205-250-8367 – Telephone
205-488-3767 – Fax
kandress@bakerdonelson.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid, or through this court's CM/ECF Electronic Filing system, on this the 2nd day of April, 2009, on the following:

All attorneys of record

_____
Of Counsel