IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MACKIE JAMES,** )  )  | |
| **Plaintiff,** ) ) | |
| vs. ) ) | **CIVIL ACTION NO. 09-0003-CG-M** |
| **HONG KONG AND SHANGHAI** ) **BANKING CORPORATION,** ) **et al.,** ) ) | |
| **Defendants.** ) | |

### ORDER

Upon due consideration of the parties' joint stipulations of dismissal (Docs. 48,50), and for good cause shown, all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear his or its own costs.[1]

**DONE and ORDERED** this 6th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court's order issued April 2, 2009 (Doc. 49) is hereby vacated.